(128 So. 912)

Duke, alias Luke, WARD v. STATE.

6 Div. 664.

Supreme Court of Alabama.
May 29, 1930.

THOMAS, J.

There is no bill of exceptions. The record proper has been examined, and we find no reversible error.

The judgment is therefore affirmed.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(128 So. 912)

R. J. WOMACK v. W. E. McDONALD.

7 Div. 926.

Supreme Court of Alabama.
May 27, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution. See, also, 219 Ala. 75, 121 So. 57.

(128 So. 912)

WOOD LUMBER CO. v. W. H. ROBERTSON & SON et al.

6 Div. 477.

Supreme Court of Alabama.
April 24, 1930.

PER CURIAM.

Appeal dismissed for want of prosecution.

(127 So. 916)

Clyde YARBROUGH v. STATE.

5 Div. 55.

Supreme Court of Alabama.
April 10, 1930.

Joe Brown Duke, of Opelika, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

GARDNER, J.

Petition of Clyde Yarbrough for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Yarbrough v. State, 23 Ala. App. 691, 127 So. 927 (5 Div. 752).

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.